SEPTEMBER 10, 1996

No. A–174 (95–939). IMMIGRATION AND NATURALIZATION SERVICE *v.* ELRAMLY. C. A. 9th Cir. [Certiorari granted, 516

U. S. 1170.] Applications of the parties for leave to file supplemental briefs in excess of the page limitations, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted, but the briefs may not exceed 20 pages.